## No. 11,314.

### CART v. THE STATE.

From the Tippecanoe Circuit Court.

*C. E. Lake* and *J. S. McMillin*, for appellant.

*J. T. Davidson*, Prosecuting Attorney, for the State.

NIBLACK, J.—This was a criminal prosecution commenced before a justice of the peace by filing an affidavit charging Alexander Cart, the appellant, and one Filander T. Vess with the forcible entry upon, and detention of, a tract of land in Tippecanoe county. R. S. 1881, section 1972.

At a separate trial before the justice the appellant was convicted of the offence charged, and, upon an appeal to the circuit court, he was again found guilty and adjudged to pay a fine of one dollar, and the costs of the prosecution against him.

This case rests upon the same facts as did the case of *Vess* v. *State, ante,* p. 211, and upon the authority of that case the judgment rendered in this cause is reversed, and the cause remanded for a new trial.

Filed Feb. 15, 1884.

## No. 11,134.

### THE TOWN OF PRINCETON v. WILHITE.

From the Gibson Circuit Court.

*H. W. Yeager*, for appellant.

*W. M. Land* and *J. B. Gamble*, for appellee.

HOWK, C. J.—The questions presented for decision, by the record of this cause and the errors assigned thereon, were carefully considered and decided by this court in the recent case of *Town of Princeton* v. *Gieske, ante,* p. 102. For the reasons given in the case cited, this cause must be decided as that was decided.

The judgment is affirmed, with costs.

Filed Jan. 29, 1884.

## No. 10,819.

### BEACH v. CARTER ET AL.

From the Fountain Circuit Court.

*G. W. Paul, M. D. White* and *J. E. Humphries*, for appellant.

BLACK, C.—Under an assignment that the court erred in its conclusions of law in a special finding, the questions arising are like those decided in *First Nat'l Bank* v. *Carter*, 89 Ind. 317, under a similar assignment; and upon the authority of that case the judgment must be affirmed.

PER CURIAM.—It is ordered, upon the foregoing opinion, that the judgment be affirmed, at the appellant's costs.

Filed Feb. 14, 1884.